666 A.2d 528

IN THE MATTER OF A. DAVID DASHOFF,
AN ATTORNEY AT LAW.

November 3, 1995.

## ORDER

The Disciplinary Review Board on September 5, 1995, having filed with the Court its decision concluding that **A. DAVID DASHOFF** of **VOORHEES**, who was admitted to the bar of this State in 1976, should be suspended from the practice of law for a period of three months for violation of *Rule* 1:21-6 and *RPC* 1.15(d) (failing to maintain proper trust account records and to correct deficiencies noted), and *RPC* 8.1(b) (failure to cooperate with ethics authorities);

And the Disciplinary Review Board having further concluded that respondent should be required to submit to the Office of Attorney Ethics a certified annual audit of his attorney books and records for a period of three years following his reinstatement to practice;

And good cause appearing;

It is ORDERED that **A. DAVID DASHOFF** is hereby suspended from practice for a period of three months, effective November 27, 1995, and until the further Order of the Court; and it is further

ORDERED that on reinstatement to practice, respondent shall for a period of three years and until further Order of the Court submit to the Office of Attorney Ethics on a schedule determined by that office a certified annual audit of his attorney books and records; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.